# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **2376** |
| **Date:** | **3/21/2024** |
| **Due Date:** | **4/20/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Rep** | **BW** |
| **Physician** | **Not Reported** |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | **Not Reported** |
| **Ship:** | **3/20/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00050-035EXPDATE6.1.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 38.34 | 38.34 |

**It's been a pleasure working with you!**

| | **Total** | **$45,158.34** |
|---|---|---|

**EXHIBIT**
**1**

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 2377 |
| **Date:** | 3/21/2024 |
| **Due Date:** | 4/20/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | BW |
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 3/20/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00050-036EXPDATE6.1.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 38.34 | 38.34 |

It's been a pleasure working with you!

| | Total | $45,158.34 |
|---|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 2378 |
| **Date:** | 3/21/2024 |
| **Due Date:** | 4/20/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | BW |
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 3/20/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00050-037EXPDATE6.1.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 38.34 | 38.34 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $45,158.34 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 2769 |
| **Date:** | 4/16/2024 |
| **Due Date:** | 5/16/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | BW |
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 4/15/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00055-025EXPDATE6.13.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 28.75 | 28.75 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $45,148.75 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 2770 |
| **Date:** | 4/16/2024 |
| **Due Date:** | 5/16/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | BW |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Ship:** | 4/15/2024 |
| **Via:** | UPS |
| **Notes:** | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00055-026EXPDATE6.13.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 28.75 | 28.75 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $45,148.75 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 2772 |
| **Date:** | 4/16/2024 |
| **Due Date:** | 5/16/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | BW |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 4/15/2024 |

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Via:** | UPS |
| **Notes:** | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00055-028EXPDATE6.13.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 28.75 | 28.75 |

**It's been a pleasure working with you!**

| | |
|---|---|
| **Total** | $45,148.75 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6902 |
| **Date:** | 9/13/2024 |
| **Due Date:** | 10/13/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | 09/12/2024 |
| **Rep** | BW |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| | |
|---|---|
| **Ship:** | 9/12/2024 |
| **Via:** | UPS |
| **Notes:** | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 24-00097-017EXPDATE5.13.2029, 24-00097-018EXPDATE5.13.2029, 24-00097-019EXPDATE5.13.2029, 24-00097-020EXPDATE5.13.2029, 24-00097-021EXPDATE5.13.2029, 24-00097-022EXPDATE5.13.2029, 24-00097-023EXPDATE5.13.2029, 24-00097-024EXPDATE5.13.2029, 24-00097-025EXPDATE5.13.2029, 24-00099-001EXPDATE5.15.2029 | 10 | 11,280.00 | 112,800.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers:<br>23-00156-019EXPDATE11.15.2028, 23-00156-020EXPDATE11.15.2028, 23-00156-021EXPDATE11.15.2028, 23-00156-022EXPDATE11.15.2028, 23-00156-023EXPDATE11.15.2028, 23-00156-024EXPDATE11.15.2028, 23-00156-025EXPDATE11.15.2028, 23-00156-026EXPDATE11.15.2028, 23-00157-013EXPDATE11.15.2028, 23-00157-014EXPDATE11.15.2028, 23-00157-015EXPDATE11.15.2028 | 11 | 45,120.00 | 496,320.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00102-046EXPDATE5.15.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 120.00 | 120.00 |
| Sales Discount | Sales Discount | | -279,744.00 | -279,744.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $419,736.00 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6978 |
| **Date:** | 9/19/2024 |
| **Due Date:** | 10/19/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | 091724 |
| **Rep** | BW |
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 9/18/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 24-00080-019EXPDATE5.6.2029,<br>24-00080-020EXPDATE5.6.2029,<br>24-00089-001EXPDATE5.9.2029,<br>24-00089-002EXPDATE5.9.2029,<br>24-00089-003EXPDATE5.9.2029,<br>24-00089-004EXPDATE5.9.2029,<br>24-00089-005EXPDATE5.9.2029,<br>24-00089-016EXPDATE5.9.2029,<br>24-00089-017EXPDATE5.9.2029,<br>24-00089-018EXPDATE5.9.2029,<br>24-00089-019EXPDATE5.9.2029,<br>24-00089-022EXPDATE5.9.2029 | 12 | 11,280.00 | 135,360.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers: 24-00054-045EXPDATE4.3.2029,<br>24-00054-046EXPDATE4.3.2029,<br>24-00054-047EXPDATE4.3.2029,<br>24-00054-048EXPDATE4.3.2029,<br>24-00054-049EXPDATE4.3.2029,<br>24-00054-050EXPDATE4.3.2029,<br>24-00054-051EXPDATE4.3.2029,<br>24-00054-052EXPDATE4.3.2029,<br>24-00054-053EXPDATE4.3.2029,<br>24-00054-054EXPDATE4.3.2029,<br>24-00054-055EXPDATE4.3.2029,<br>24-00054-056EXPDATE4.3.2029 | 12 | 45,120.00 | 541,440.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00080-042EXPDATE5.6.2029,<br>24-00080-043EXPDATE5.6.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 125.00 | 125.00 |
| Sales Discount | Sales Discount | | -342,912.00 | -342,912.00 |

It's been a pleasure working with you!

| | **Total** | **$514,493.00** |
|---|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7104 |
| **Date:** | 10/1/2024 |
| **Due Date:** | 10/31/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | STAT092624 |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 9/26/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 23-00150-001EXPDATE11.9.2028,<br>24-00102-015EXPDATE5.15.2029,<br>24-00103-001EXPDATE5.16.2029,<br>24-00103-002EXPDATE5.16.2029,<br>24-00103-003EXPDATE5.16.2029,<br>24-00103-004EXPDATE5.16.2029,<br>24-00103-005EXPDATE5.16.2029,<br>24-00104-008EXPDATE5.16.2029 | 8 | 11,280.00 | 90,240.00 |
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Number: 23-00164-006EXPDATE1.4.2029 | 1 | 22,560.00 | 22,560.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers:<br>23-00143-022EXPDATE10.26.2028,<br>23-00143-024EXPDATE10.26.2028,<br>23-00143-027EXPDATE10.26.2028,<br>23-00143-028EXPDATE10.26.2028,<br>24-00059-047EXPDATE4.12.2029,<br>24-00059-048EXPDATE4.12.2029,<br>24-00059-049EXPDATE4.12.2029,<br>24-00059-050EXPDATE4.12.2029,<br>24-00059-051EXPDATE4.12.2029 | 9 | 45,120.00 | 406,080.00 |
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Number: 20-00027-015EXPDATE4.8.2025 | 1 | 67,680.00 | 67,680.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00089-043EXPDATE5.9.2029,<br>24-00089-044EXPDATE5.9.2029,<br>24-00106-037EXPDATE5.18.2029 | 3 | 90,240.00 | 270,720.00 |
| Shipping Fee | Shipping Fee | 1 | 120.00 | 120.00 |
| Sales Discount | Sales Discount | | -342,912.00 | -342,912.00 |

| | | |
|---|---|---|
| Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com. | **Total** | **$514,488.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7155 |
| **Date:** | 10/4/2024 |
| **Due Date:** | 11/3/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | 1022024 |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 10/2/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 24-00119-009EXPDATE5.23.2029,<br>24-00119-010EXPDATE5.23.2029,<br>24-00119-011EXPDATE5.23.2029,<br>24-00119-012EXPDATE5.23.2029,<br>24-00119-013EXPDATE5.23.2029,<br>24-00119-014EXPDATE5.23.2029,<br>24-00119-015EXPDATE5.23.2029,<br>24-00120-001EXPDATE5.24.2029,<br>24-00120-002EXPDATE5.24.2029,<br>24-00120-003EXPDATE5.24.2029 | 10 | 11,280.00 | 112,800.00 |
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Numbers: 23-00162-013EXPDATE1.2.2029,<br>23-00163-006EXPDATE1.4.2029 | 2 | 22,560.00 | 45,120.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers:<br>23-00160-036EXPDATE11.24.2028,<br>23-00160-037EXPDATE11.24.2028,<br>23-00160-038EXPDATE11.24.2028,<br>23-00164-014EXPDATE1.4.2029,<br>23-00164-015EXPDATE1.4.2029,<br>23-00164-016EXPDATE1.4.2029,<br>23-00164-017EXPDATE1.4.2029,<br>23-00164-018EXPDATE1.4.2029,<br>23-00164-019EXPDATE1.4.2029,<br>23-00164-020EXPDATE1.4.2029 | 10 | 45,120.00 | 451,200.00 |
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Numbers: 20-00029-021EXPDATE4.14.2025,<br>20-00041-040EXPDATE6.15.2025,<br>20-00041-041EXPDATE6.15.2025 | 3 | 67,680.00 | 203,040.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00111-036EXPDATE5.21.2029,<br>24-00111-037EXPDATE5.21.2029,<br>24-00111-047EXPDATE5.21.2029 | 3 | 90,240.00 | 270,720.00 |
| | | | **Total** | |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7155** |
| **Date:** | **10/4/2024** |
| **Due Date:** | **11/3/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **1022024** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/2/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Shipping Fee | Shipping Fee | 1 | 120.00 | 120.00 |
| Sales Discount | Sales Discount | | -433,152.00 | -433,152.00 |

| | | |
|---|---|---|
| Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com. | **Total** | **$649,848.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7161 |
| **Date:** | 10/4/2024 |
| **Due Date:** | 11/3/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | 100324 |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 10/3/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Shay Brewer
TruCare Health Clinic
2675 41st Street SE
Suite 103
Paris, TX 75462

**Ship To**

TruCare Health Clinic
Mishayla Brewer
2675 41st Street SE
Suite 103
Paris, TX 75462

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Number: 24-00120-015EXPDATE5.24.2029 | 1 | 11,280.00 | 11,280.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00163-015EXPDATE1.4.2029 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 50.00 | 50.00 |
| Sales Discount | Sales Discount | | -22,560.00 | -22,560.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$33,890.00** |
|---|---|